UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 05-036** |
| v. | * | SECTION: "K" |
| **TIEN NGUYEN** | * | |

\* \* \*

### O R D E R

Considering the foregoing;

**IT IS ORDERED** that the charge against the above entitled defendant is hereby dismissed.

New Orleans, Louisiana, this __2nd__ day of ___April___, 2007.

_____
UNITED STATES DISTRICT JUDGE